

FILED

JUN 27 2019

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF: <br><br> U.S. Postal Service parcel; Addressed to One Stop Shop 1022 N 23rd St Billings, MT from Ricky Garica 412 Sequoia St Manteca, CA | MJ-19-52-BLG-TJC <br><br> ORDER |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application for a Search Warrant, Search Warrant, and Affidavit in support of Search Warrant and attachments (Attachments A-B) filed herein, are SEALED. The Search Warrant is unsealed for the limited purpose of permitting the Affiant to comply with execution of the Search Warrant, pursuant to Fed. R. Crim. P. Rule 41(f).

//

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 27 day of June, 2019.

Hon. Timothy J. Cavan
United States Magistrate Judge